UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA M. PHILLIPS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant | CASE NO. C16-1066-RAJ-BAT<br><br>**ORDER AFFIRMING THE COMMISSIONER** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections and responses thereto, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED** and this case is **DISMISSED** with prejudice.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 30th day of March, 2017.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1